UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANKLIN D. FLOYD,

    Petitioner,

v.                                          Case No. 8:10-cv-951-T-23EAJ

SECRETARY, Department of Corrections,

    Respondent.
_____/

## O R D E R

Floyd's pro se document is construed as a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of a sentence of death. In another case, 8:06-cv-1402-T-27TGW, Floyd, through counsel, is challenging the same conviction and sentence. Floyd cannot simultaneously challenge the same sentence in separate cases.

Accordingly, the pro se document, construed as a petition for the writ of habeas corpus pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice as redundant to 8:06-cv-1402-T-27TGW. The clerk shall close this case.

ORDERED in Tampa, Florida, on April 22, 2010.

                                                   STEVEN D. MERRYDAY
                                                   UNITED STATES DISTRICT JUDGE